

2011 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-11-2011

# Timothy Hanson v. Martin Dragovich

Precedential or Non-Precedential: Non-Precedential

Docket No. 08-4303

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2011

Recommended Citation

"Timothy Hanson v. Martin Dragovich" (2011). *2011 Decisions.* Paper 1464.
http://digitalcommons.law.villanova.edu/thirdcircuit_2011/1464

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2011 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 08-4303
_____

TIMOTHY HANSON,
Appellant

v.

SUPERINTENDENT MARTIN L. DRAGOVICH; *TOM CORBETT, ATTORNEY
GENERAL OF PENNSYLVANIA
*(Pursuant to Rule 43(c), F. R. A. P.)
_____

APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE WESTERN
DISTRICT OF PENNSYLVANIA
(D.C. Civ. Action No. 02-cv-00069)
District Judge: Honorable Kim R. Gibson
_____

Argued on October 20, 2010
_____

Before: HARDIMAN, GREENAWAY, JR., and NYGAARD, Circuit Judges

(Opinion Filed: February 1, 2011)
_____

ORDER AMENDING OPINION
_____

It is hereby ORDERED that the attached amended opinion is to be substituted for
the opinion filed on February 1, 2011. Because there is no substantive change to the
opinion, the time for rehearing has already expired and the mandate shall issue forthwith.

By the Court,

 /s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: April 11, 2011